**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ENTERTAINMENT ONE UK LTD., | Case No. 22-cv-01574 |
| Plaintiff, | |
| | **Judge Mary M. Rowland** |
| v. | |
| | **Magistrate Judge Beth W. Jantz** |
| GUANGZHOU OFFPRICESTOCKS CO., LTD., et al., | |
| Defendants. | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Entertainment One UK Ltd. ("eOne" or "Plaintiff") against the fully interactive e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases"), and eOne having moved for entry of Default and Default Judgment against the Seller Aliases (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by eOne a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

eOne having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products bearing unauthorized copies of the Peppa Pig Copyrighted Designs (including U.S. Copyright Registration Nos. VA 1-329-059, VA 1-329-056, VA 1-329-058, and VA1-329-057) and/or using infringing and counterfeit versions of the PEPPA PIG Trademarks (such products collectively referred to herein as the "Unauthorized Peppa Pig Products") to residents of Illinois. A list of the PEPPA PIG Trademarks is included in the below chart.

| Registration Number | Trademark | Registration Date | Goods and Services |
|---|---|---|---|
| 3,663,706 | PEPPA PIG | Aug. 4, 2009 | For: Computer game software and programs; DVDs, multi-media software, all featuring pre-school aged children's educational and entertainment matter, games, music, images, and animated cartoons; sunglasses in class 009; <br><br> For: Printed publications, namely, books, booklets, drawing and coloring books, magazines, activity books, all in the field of pre-school aged children's education and entertainment; stationery, notebooks and writing pads, calendars, pens, pencils and crayons, pen and pencil |

|  |  |  | cases; arts and craft finger paint kits; modeling compounds; re-usable and air-drying compounds for modeling; printed instructional and teaching material in the field of pre-school aged children's education and entertainment; printed paper napkins; printed paper tablecloths and printed paper mats; printed stickers and iron-on and plastic transfers; printed postcards and printed greetings cards in class 016.

For: Clothing and headgear, namely, shirts, pants, sweaters, jackets, coats, shorts, t-shirts, sweatshirts, sweatpants, undershirts, underwear, socks, pajamas, caps, hats, scarves, gloves; footwear, namely, shoes, slippers, and athletic shoes in class 025.

For: Games, travel games, handheld games, tabletop games, activity games, and playthings, namely, board games, role playing games, chess games, card games, yo-yos, action skill games, dice games, hand held games with liquid crystal displays; electronic and non-electronic puzzles and puzzle games, hand-held, tabletop, and travel-size jigsaw puzzles; balloons; playground balls for games; dolls and toys, namely, articulated and non-articulated dolls, toy figures, modeled plastic toy figurines, bendable toys and action figures; stuffed, plush, bean-bag and cloth toys; puppets; corrugated playhouses; playing cards; roller- |

| | | | |
|---|---|---|---|
| | | | skates; toy scooters; scale model toy vehicles; wooden toy vehicles in class 028.<br><br>For: Entertainment in the nature stage shows for pre-school aged children; television entertainment in the nature of a series of television shows in the field of pre-school aged children's entertainment; children's entertainment and amusement centers, namely, amusement parks and play areas; production of motion picture films and radio and television programs for pre-school aged children; publication of text and graphic works of others online featuring cartoon characters in class 041. |
| 4,872,348 | PEPPA PIG | Dec. 22, 2015 | For: Bleaching preparations and other substances, namely, laundry soap, laundry detergent for laundry use; general purpose cleaning, polishing, and abrasive liquids and powders; soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices; aftershave lotions; antiperspirants; baby oil; baby wipes; bath gels; bath powder; blush; body creams, lotions for skin, hair, face, and baby, face powders; breath fresheners; bubble bath; eau de Cologne; deodorants for personal use; cosmetic powders for the face, hands and body; essential oils for personal use; eye liner; eye shadows; eyebrow pencils; face powder; face creams; facial lotions; face masks for cosmetic purposes; facial scrubs; room fragrances |

incorporating wicks; fragrances for personal use; hair gels; hair conditioners; hair shampoo; hair mousse; hair cream; hair spray; hand cream; hand lotions; soaps for the hand; lip balm; lipsticks; lipstick holders; lip gloss; liquid soaps; make-up; mascara; non-medicated mouthwash; nail care preparations; nail enamel; nail hardeners; nail polish; perfumes; potpourri; scented room sprays; shaving creams; skin soap; talcum powder; eaux de toilette; skin creams; skin moisturizers; sun block preparations; non-medicated sun care preparations in class 003.

For: Materials for dressings, namely, gauze; medical plasters; portable filled medicine cases, namely, first aid kits; baby food; vitamins for children; herb teas for medicinal purposes; disinfectants for hygiene purposes in class 005.

For: Tableware, namely, knives, forks and spoons; cutlery, namely, knives, forks and spoons in class 008.

For:    Vehicles, namely, strollers, push bikes; bicycles and parts therefor, namely, seats, brakes, chains, handle bars; scooters; perambulators; safety seats for children for vehicles; boats, in particular rubber dinghies; trailers; vehicular balloons, namely, air balloons; boats; side cars; saddle covers for bicycles or motorcycles; tricycles; mechanical anti-theft devices for vehicles; shopping carts;

| | | | electric vehicles, namely, toy cars; rims for bicycle wheels, chains, bells, baskets, handlebars, wheel hubs, dress guards, pedals, pumps, frames, tires, saddles and/or bags for bicycles; direction indicators for vehicles, in particular for bicycles, namely, wind sleeves; repair outfits for inner tubes, namely, patches; luggage racks and/or bags for vehicles, namely, for two-wheeled vehicles; horns, in particular for automobiles; carts; motorcycles and mopeds; stroller covers; hub caps; tires, solid, for vehicle wheels; wheelchairs; rear view mirrors; sleighs for transport purposes; snowmobiles; fitted seat covers for vehicles; wheelbarrows; bicycle stands in class 012.<br><br>For: Precious metals and their alloys and goods of precious metals or coated therewith, namely, boxes, charms, key rings, figures, figurines, holiday ornaments, jewellery cases, key chains, ornamental pins, ornaments of precious metal in the nature of jewelry, picture frames; jewellery, precious stones; horological and chronometric instruments; alarm clocks; bracelets; busts of precious metal; pendants; clocks; earrings; jewel cases of precious metal; jewelry chains; key rings of precious metal; lapel pins; necklaces; necktie fasteners; non-monetary coins; ornamental pins; rings; stopwatches; tie clips; tie pins; wall clocks; watch straps; watch cases; watch chains; watches; wedding bands; jewelry |

| | | | boxes not of metal; key fobs not of metal in class 014.<br><br>For:     Animal skins, hides; trunks and travelling bags; leather shoulder belts, all-purpose carrying bags, purses, umbrellas, parasols, walking sticks; whips, harnesses and saddlery; rucksacks; luggage; luggage tags; overnight bags; change purses; satchels; tote bags; waist pouches; wallets in class 018.<br><br>For: Furniture, mirrors, picture frames; goods of wood, cork, reed, cane, wicker, horn, bone, ivory, whalebone, shell, amber, mother-of-pearl, meerschaum and substitutes for all these materials, namely, drawer pulls; air mattresses for use when camping; bassinets; beds; benches; bookcases; cabinets; chairs; coat racks; computer furniture; computer keyboard trays; cots; couches; decorative mobiles; desks; figurines and statuettes made of bone, plaster, plastic, wax, or wood; flagpoles; footstools; hand fans; hand-held mirrors; lawn furniture; love seats; magazine racks; mattresses; non-Christmas ornaments made of bone, plaster, plastic, wax or wood; ottomans; pedestals; pillows; plant stands made of wire and metal; decorative wall plaques made of plastic or wood; plastic name badges being decorative articles; plastic novelty license plates; plastic cake decorations; sleeping bags; tables; toy boxes; umbrella stands; venetian |

| | | | blinds; wind chimes being decorative articles in class 020.<br><br>For: Household or kitchen utensils and containers, not of precious metal or coated therewith, namely, pots, pans, pot lids, cups; beverage glassware, goods of porcelain and earthenware, included in this class, namely, pots, pans, lids, cups; mugs, cocktail shakers, butter dishes, lunch boxes, cafetieres, ceramics for household purposes, namely, vases, drinking vessels, bowls, plates and pots, small hand-operated household and kitchen utensils and containers, not of precious metal or coated therewith, namely, skimmers, turners, strainers, graters, sieves, cookware, namely, pots and pans, corkscrews, glass kitchen jars, trays for domestic purposes, dinnerware and tableware, namely, tea services; cups and mugs, tea pots; combs and sponges for household purposes; brushes for washing up; brush-making materials; articles for cleaning purposes, namely, sponges, cloths; steel wool; unworked or semi-worked glass, except glass used in building; all the aforesaid goods included in this class; candle snuffers of precious metal; candlesticks not of precious metal in class 021.<br><br>For: Textiles and textile goods, namely, banners, flags, coasters, labels for identifying clothing, quilts, hang tags, wall hangings; bed and plastic table covers; afghans; bath |
|---|---|---|---|

| | | | linen; blanket throws; bed canopies; bed linen; bed sheets; bed skirts; bed spreads; blanket throws; calico; children's blankets; cloth coasters; cloth doilies; cloth flags; cloth pennants; duvets; curtains; fabrics that may or may not have printed patterns and designs thereon for use in textile applications, namely, the manufacture of flags; felt pennants; golf towels; towels; handkerchiefs; hooded towels; household linen; kitchen towels; pillowcases; quilts; baby blankets; silk blankets; table linen; textile napkins; textile place mats; table napkins of textile; throws and face cloths in class 024. |
|---|---|---|---|
| | | | For: Carpets; rugs; car floor mats; bath mats; gymnastic mats; plastic floor coverings; wall hangings, not of textile; wallpaper lined with textile in class 027. |
| | | | For: Meat, fish, poultry and game; meat extracts; preserved, frozen, dried and cooked fruits and vegetables; jellies, jams, compotes; eggs; milk; milk products excluding ice cream, ice milk and frozen yogurt; edible oils and fats in class 029. |
| | | | For: Coffee; tea; cocoa; sugar; rice; tapioca; sago; artificial coffee; flour and preparations made from cereals, namely, breakfast cereals, cereal bars, cereal based snack food, ready-to-eat cereals; bread; pastry; confectionery made of sugar; fruit ices; honey; treacle; yeast, baking-powder; salt; |

| | | | mustard; vinegar; sauces, condiments, namely, chutneys, food condiments consisting primarily of ketchup and salsa, savory sauces used as condiments; spices in class 030.

For: Beers; mineral, and aerated waters, and other non-alcoholic beverages, namely, lemonade; fruit beverages, and fruit juices; syrups for making beverages; and other preparations for making beverages, namely, fruit drinks, lemonade in class 032.

For: Product merchandising; sales promotion, for others, in particular marketing and promotion of goods and services of all kinds, including via online portals; online retail store services featuring audio, audiovisual, musical, multimedia and video content and associated merchandise in class 035.

For: telecommunication services, namely, transmission of voice, data, graphics, images, audio and video by means of broadband optical or wireless networks; providing voice chat services and chat rooms on the internet; internet provider services, namely, the leasing and arranging of access time to data networks, in particular to the internet; hotline or call center telephone services; providing press services in connection with online services, namely, the gathering, supplying and transmission of messages and information of all |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | | kinds, being online press agency services, including on-demand services and other electronic media services; providing access to the internet; telecommunications, in particular computer-aided electronic information and communication services, included in this class, for public and private users, namely, computer-aided transmission of information and images; sound, image and data transmission by cable, satellite, computer, computer network, telephone, ISDN and DSL lines; radio and television broadcasting; news and general information agencies, being press agency services, including electronic agencies, and broadcasting of television and radio programs on the World Wide Web, and broadcasting of television and radio programs by cable, satellite and other media; internet provider services; providing access to computer databases, in particular on the internet and/or intranets; providing access to licensed content on the internet by means of content syndication for customers; providing access to computer programs on data networks in class 038. |
| 3,506,452 |  | Sept. 23, 2008 | For: DVDs featuring pre-school aged children's educational and entertainment matter, games, music, images, and animated cartoons in class 009. |

| 4,783,931 |  | Aug. 4, 2015 | For: Soaps; perfumery, cosmetics, hair lotions; dentifrices; baby oil; baby wipes; bath gels; bath powder; body creams, lotions, and powders; hair conditioners; hair shampoo; hand lotions; soaps for the hand; lip balm; lip gloss; liquid soaps; non-medicated mouthwash; eaux de toilette; sun blocking preparations; non-medicated sun care preparations in class 003.<br><br>For: DVDs featuring pre-school aged children's educational and entertainment matter, games, music, images, sound recordings featuring children's educational and entertainment matter, games, music; audio recordings featuring music; video recordings featuring children's educational and entertainment matter, games, music, images, and animated cartoons; downloadable ring tones, music, mp3 files featuring music, graphics and video files featuring children's educational and entertainment matter, games, music, images, and animated cartoons, all for wireless communications devices; computer game programs; video game software; computer game programs downloadable via the internet; computer software for children's educational and entertainment matter, games, music, images, and animated cartoons; downloadable computer programs for children's educational and entertainment matter, games, music, images, and animated cartoons; magic lanterns; sunglasses, spectacle frames; phonograph records featuring |
|---|---|---|---|

| | | | children's educational and entertainment matter, games, music in class 009.<br><br>For: Paper; cardboard; goods made from paper or cardboard, namely, books, booklets, drawing and coloring books, comic books, magazines, activity books and song books, all in the field of pre-school aged children's education and entertainment; stationery, notebooks and writing pads, calendars; photographic products, namely, photographic prints; printed matter, namely, printed paper napkins, printed paper tablecloths and printed paper mats, printed stickers and iron-on and plastic transfers printed postcards and printed greetings cards; pamphlets, books, magazines, brochures, catalogues and promotional pamphlets, all in the field of children's education and entertainment; sheet music; photographs; pictures; graphic representations; printed instructional and teaching material in the field of pre-school aged children's education and entertainment; posters; greeting cards; postcards; picture cards; transfers and stickers; photograph albums; stationery products, namely, envelopes; artists' materials, namely, pens, pencils and crayons, pen and pencil cases; molds for modeling clays; drawing, painting and modelling goods, namely, modeling compounds; re-usable and air-drying compounds for modeling, arts and craft finger paint kits; drawing and |
|---|---|---|---|

| | | | painting implements, namely, square rulers; paintbrushes; office requisites, namely, rubber bands; printed instructional and teaching material in the field of literacy and math; diaries; calendars; bookmarks; kitchen towels of paper; paper towels; maps; address stamps; paper napkins; paper and cardboard containers; paper and cardboard pouches for packaging; paper and cardboard bags for packaging; absorbent sheets of paper for foodstuff packaging; plastic bags, film, foil for packaging in class 016.<br><br>For: Trunks and travelling bags; leather shoulder belts; all-purpose carrying, duffel, book, sports, diaper, key, school and wheeled bags; purses; umbrellas; parasols; rucksacks; luggage; luggage tags; overnight bags; change purses; satchels; tote bags; waist pouches; wallets in class 018.<br><br>For: Household or kitchen utensils, namely, pots, pans, lids for pots and pans, cups, pot and pan scrapers, household and kitchen containers; beverage glassware; goods of porcelain and earthenware, namely, pots, pans, mugs; ceramics for household purposes, namely, vases, vessels, bowls, plates and pots; tea pots; hair brushes; candlesticks not of precious metal in class 021.<br><br>For: Textiles and textile goods, namely, coasters, labels for identifying clothing, quilts, hang tags, wall hangings; bed covers; table |
|---|---|---|---|

covers, namely, textile and plastic tablecloths; afghans; bath linen; bed, sofa and children's blankets; bed canopies; bed linen; bed sheets; bed skirts; bed spreads; blanket throws; calico; children's blankets; cloth coasters; cloth doilies; cloth flags; cloth pennants; duvets; curtains; fabric flags; felt pennants; towels; handkerchiefs; hooded towels; household linen; kitchen towels; pillowcases; quilts; baby blankets; silk blankets; table linen; textile table napkins; textile place mats; table napkins of textile; face cloths; banners and flags of textile in class 024.

For: Clothing, namely, shirts, ties, pants, sweaters, jackets, coats, shorts, t-shirts, sweatshirts, sweatpants, undershirts, underwear, socks, pajamas, belts, caps, hats, vests, scarves, gloves; footwear; headwear; leather belts in class 025.

For: Games, playthings and toys, namely, travel board games, handheld non-electronic skill games, tabletop games, travel size electronic games for the teaching of children, children's multiple activity toys, role playing games, trivia and question and answer games played with cards and game components, chess games, card games, yo-yos, action skill games, dice games, target games, hand held unit for playing electronic games, hand held unit for playing video games, hand held games with liquid crystal displays; electronic and non-

| | | | electronic puzzles and puzzle games; hand-held, tabletop, and travel-size jigsaw puzzles; playground balls for games; dolls and toys, namely, articulated and non-articulated dolls, toy figures, modeled plastic toy figurines, bendable toys and action figures; stuffed and plush toys; toy bean bags; and cloth toys, namely, dolls; toy costume masks; puppets; corrugated playhouses; roller-skates; toy scooters; scale model toy vehicles; wooden toy vehicles; diecast toy vehicles; playing cards and card games; gymnastic and sporting articles, namely, horizontal bars; decorations for Christmas trees, except illumination articles and confectionery; action skill games; action figures and accessories therefor; board games; card games; children's multiple activity toys; badminton sets; balloons; basketballs; bath toys; baseballs; beach balls; bean bag dolls; toy building blocks; bowling balls; chess sets; Christmas stockings; collectable toy figures; crib mobiles; crib toys; tossing disc toys; dolls; doll clothing; accessories for dolls; doll playsets; electric action toys; equipment sold as a unit for playing card games; fishing tackle; golf balls; golf gloves; golf ball markers; hand held unit for playing electronic games; hockey pucks; inflatable toys; puzzles; jump ropes; kites; magic tricks; marbles; manipulative games; mechanical toys; music box toys; musical toys; parlor games; party games; soft sculpture |

toys; puppets; roller skates; rubber action balls; skateboards; soccer balls; spinning tops; squeeze toys; stuffed toys; target games; teddy bears; toy action figures; toy bucket and shovel sets; toy mobiles; toy vehicles; toy scooters; toy cars; toy model hobbycraft kits; toy figures; toy banks; toy trucks; toy watches; wind up toys; yo-yos; water-wings; swimming belts; video game machines for use with external display screens or monitors only; children's play cosmetics in class 028.

For: Preparations made from cereals, namely, bread; pastry; confectionery, namely, candy; edible, flavored ices; honey; treacle in class 030.

For: Education services, namely, providing courses of instruction at the pre-school level; training services in the field of instruction at the pre-school level; entertainment in the nature of circuses and stage shows for pre-school aged children; television entertainment in the nature of a series of television shows in the field of pre-school aged children's entertainment; children's entertainment and amusement centers, namely, amusement parks and play areas; organizing community sporting and cultural events; editing and production of film and television, radio and multimedia programs; entertainment services, namely, providing an ongoing radio program for pre-school aged children; organizing live

| | | | exhibitions and conferences in the fields of culture, sports and entertainment for non-business and non-commercial purposes; entertainment services in the nature of live musical performances; arranging of concerts; photography services; providing recreation facilities in class 041. |
|---|---|---|---|

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

IT IS HEREBY ORDERED that eOne's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the PEPPA PIG Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine eOne product or not authorized by eOne to be sold in connection with the PEPPA PIG Trademarks;

    b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Peppa Pig Copyrighted Designs in any manner without the express authorization of eOne;

18

c.  passing off, inducing, or enabling others to sell or pass off any product as a genuine eOne product or any other product produced by eOne, that is not eOne's or not produced under the authorization, control or supervision of eOne and approved by eOne for sale under the PEPPA PIG Trademarks and/or the Peppa Pig Copyrighted Designs;

d.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of eOne, or are sponsored by, approved by, or otherwise connected with eOne;

e.  further infringing the PEPPA PIG Trademarks and/or the Peppa Pig Copyrighted Designs and damaging eOne's goodwill; and

f.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for eOne, nor authorized by eOne to be sold or offered for sale, and which bear any of eOne's trademarks, including the PEPPA PIG Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Peppa Pig Copyrighted Designs.

2.  Upon eOne's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart, Inc. ("Walmart"), and DHgate (collectively, the "Third Party Providers") shall, within ten (10) business days of receipt of this Order, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in

connection with the sale of counterfeit and infringing goods using the PEPPA PIG Trademarks and/or which bear unauthorized copies of the Peppa Pig Copyrighted Designs.

3. Pursuant to 15 U.S.C. § 1117(c)(2), eOne is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit PEPPA PIG Trademarks in connection with the sale of products through at least the Defaulting Defendants' Online Marketplaces.

4. Pursuant to 17 U.S.C. § 504(c)(2), eOne is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the Peppa Pig Copyrighted Designs.

5. eOne may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Walmart, DHgate, and Amazon Pay, by e-mail delivery to the e-mail addresses eOne used to serve the Temporary Restraining Order on the Third Party Providers.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, DHgate, and Amazon Pay, shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

7. All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, DHgate, and Amazon Pay, are hereby released to eOne as partial payment of the above-identified damages, and Third Party

Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, DHgate, and Amazon Pay, are ordered to release to eOne the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

8. Until eOne has recovered full payment of monies owed to it by any Defaulting Defendant, eOne shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, DHgate, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, DHgate, and Amazon Pay, shall within ten (10) business days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Niall Trainor, and any e-mail addresses provided for Defaulting Defendants by Third Party Providers;

   b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts to eOne as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9. In the event that eOne identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, eOne may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit

21

3 to the Declaration of Niall Trainor and any e-mail addresses provided for Defaulting Defendants by third parties.

10.     The ten thousand dollar ($10,000) surety bond posted by eOne is hereby released to eOne or its counsel, Greer, Burns & Crain, Ltd.  The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to eOne or its counsel.

This is a Final Judgment.

DATED:  May 31, 2022

_____
Mary M. Rowland
United States District Judge

**Entertainment One UK Ltd. v. GUANGZHOU OFFPRICESTOCKS CO., LTD., et al. - Case No. 22-cv-1574**

# Schedule A

| No | Defendant Online Marketplaces | |
|---|---|---|
| | **URL** | **Name / Seller Alias** |
| 1 | aopaisituo.en.alibaba.com | Guangzhou Offpricestocks Co., Ltd. |
| 2 | DISMISSED | DISMISSED |
| 3 | bookprinting.en.alibaba.com | Shenzhen Jinhao Color Printing Co., Ltd. |
| 4 | cndemaxlt.en.alibaba.com | Dezhou Demax Building Decoration Material Co., Ltd. |
| 5 | cqthjc.en.alibaba.com | Chongqing Huamulan Technology Co., Ltd. |

| 6 | czxluck2022.en.alibaba.com | Guangzhou Yimai Trading Co., Ltd. |
|---|---|---|
| 7 | dg-fullrich.en.alibaba.com | Dongguan Fullrich Printing Co., Ltd. |
| 8 | dhdglobal.en.alibaba.com | Quanzhou DHD Global Trading Co., Ltd |
| 9 | firstpromotion.en.alibaba.com | First Promotion Gifts Co., Ltd. |
| 10 | fjguangyu.en.alibaba.com | Fujian Guangyu Bags Co., Ltd. |
| 11 | fulinparty.en.alibaba.com | Yiwu Fuxin Trade Co., Ltd. |
| 12 | fysc.en.alibaba.com | Fujian Fengyu Sichuang Trade Co., Ltd. |
| 13 | fz-bison.en.alibaba.com | Fuzhou Bison Import And Export Co |
| 14 | goldenbeartoys.en.alibaba.com | Dongguang Golden Bear Toys Co., Ltd. |
| 15 | hbjianyun.en.alibaba.com | Hebei Jianyun Biotechnology Co., Ltd. |
| 16 | hbningxiang.en.alibaba.com | Hebei Ning Xiang Trading Co., Ltd. |
| 17 | hnynzy.en.alibaba.com | Huaining Yinuo Paper Co., Ltd. |
| 18 | holiday08.en.alibaba.com | Ningbo Linyue Import & Export Co., Ltd. |
| 19 | hunanfreeangel.en.alibaba.com | Hunan Free Angel Imp & Exp Co., Ltd. |
| 20 | jackitchen.en.alibaba.com | Yangjiang Yeifhome Houseware Co., Limited |
| 21 | jsleway.en.alibaba.com | Jiashan Leway Imp. & Exp. Co., Ltd. |
| 22 | jxdhsy.en.alibaba.com | Jiangxi Daoheng Industrial Co., Ltd. |
| 23 | lehongda.en.alibaba.com | Shenzhen Lehongda Technology Co |
| 24 | minmin-clothes.en.alibaba.com | Guangzhou Minmin Industrial Holding Co., Ltd. |
| 25 | nbhxcraft1.en.alibaba.com | Ningbo Haoxuan Crafts Co., Ltd. |
| 26 | nbtenboom.en.alibaba.com | Ningbo Tengbo Intelligent Technology Co., Ltd. |
| 27 | onecable.en.alibaba.com | Chongqing Yilan Wire And Cable Co., Ltd. |
| 28 | phtd.en.alibaba.com | Pinghu Tengda Printing Co., Ltd. |
| 29 | pthcchina.en.alibaba.com | Pingyang Hanchuan Household Goods Co., Ltd. |
| 30 | qzbige.en.alibaba.com | Quanzhou Bige Trade Co., Ltd. |
| 31 | smeballoon.en.alibaba.com | Chaozhou Simaier Trading Co., Ltd. |
| 32 | tjingchocolate.en.alibaba.com | Shenzhen Tengjing Technology Co., Ltd |
| 33 | tjpjc.en.alibaba.com | Xinji Tianjia Leather Goods Factory |
| 34 | t-shine.en.alibaba.com | Jiangsu T-shine Bakeware Co.,Ltd. |
| 35 | xiair.en.alibaba.com | Xiair International Trade (Dalian) Co., Ltd. |
| 36 | yuanyaer.en.alibaba.com | Quanzhou Yaer Electronic Commerce Co., Ltd. |
| 37 | zzcs66.en.alibaba.com | Zhengzhou Chuanshui Environmental Protection Technology Co., Ltd. |
| 38 | aliexpress.com/store/2130193 | Shop2130193 Store |
| 39 | aliexpress.com/store/4405171 | Brilliant Party Store |
| 40 | aliexpress.com/store/4648003 | Global Luggage Store |
| 41 | aliexpress.com/store/4687101 | Party&Birthday Rave Store |
| 42 | aliexpress.com/store/910568398 | Brilliant Trip Store |
| 43 | aliexpress.com/store/912021133 | Vast Boutique Toy Store |
| 44 | aliexpress.com/store/912063321 | Children's City Store |

| 45 | aliexpress.com/store/912240073 | Professional Dropship Store |
| 46 | aliexpress.com/store/912263549 | GinWD clothes bags Store |
| 47 | aliexpress.com/store/912368038 | hellowe plaything Store |
| 48 | aliexpress.com/store/2793083 | CLSTROSE YU Store |
| 49 | aliexpress.com/store/4892010 | 7+n Store |
| 50 | aliexpress.com/store/5789749 | Profession Toy Store |
| 51 | aliexpress.com/store/910323134 | Yohelen Store |
| 52 | aliexpress.cv/store/910830009 | Shop910830009 Store |
| 53 | aliexpress.com/store/911046242 | lemons toy Store |
| 54 | aliexpress.com/store/911057242 | Shop911057242 Store |
| 55 | aliexpress.com/store/911190057 | Shop911190057 Store |
| 56 | aliexpress.com/store/911665074 | Don forget Store |
| 57 | aliexpress.com/store/911683030 | YC 2022 Store |
| 58 | aliexpress.com/store/911729056 | Qingzhu Handmade Art Candle Mold Store |
| 59 | aliexpress.com/store/911729088 | Zhou Zhou Silicone mold crafts Store |
| 60 | aliexpress.com/store/911765342 | Beixiju Store |
| 61 | aliexpress.com/store/912179425 | OTTO Factory Store |
| 62 | aliexpress.com/store/912181017 | lping anmu Store |
| 63 | aliexpress.com/store/912271052 | Jarden's Store |
| 64 | aliexpress.com/store/912283054 | Dropship fun toy Store |
| 65 | aliexpress.com/store/912407903 | A unique gift for baby Store |
| 66 | aliexpress.com/store/912417183 | Toy house 33 Store |
| 67 | aliexpress.com/store/912428501 | Hulu Toy World Store |
| 68 | aliexpress.com/store/912457830 | Xingyuan Toy Store |
| 69 | aliexpress.com/store/912521929 | Hand toy store Store |
| 70 | aliexpress.com/store/912534619 | Joytoo Toy Store |
| 71 | aliexpress.com/store/912576051 | WTQ Decor Store |
| 72 | aliexpress.com/store/912615213 | Party Background Decoration Store |
| 73 | aliexpress.com/store/912690748 | stainlesSsteel Product Store |
| 74 | lfdzkj.en.alibaba.com | Kunshan Lanfan Electronic Technology Co., Ltd. |
| 75 | amazon.com/sp?seller=A13MRSE6OYWVBN | Lakers come on |
| 76 | DISMISSED | DISMISSED |
| 77 | amazon.com/sp?seller=A142TKZVUL11SU | HXTX--US |
| 78 | amazon.com/sp?seller=A15Z4SY04HE6T5 | guang zhou hui rong mao yi you xian gong si |
| 79 | amazon.com/sp?seller=A16KV836FE7XLZ | Honglei Kang |
| 80 | amazon.com/sp?seller=A16QKP0TI3B3WB | fdsjewuyt |
| 81 | DISMISSED | DISMISSED |
| 82 | amazon.com/sp?seller=A1CNY8MJBME7F4 | Zoyin |
| 83 | amazon.com/sp?seller=A1EKVA6TFG92JM | LunShangMao- |
| 84 | amazon.com/sp?seller=A1GPASVLE8O83C | SHIN141 |

| 85 | amazon.com/sp?seller=A1JAZ03TWHF19S | NDDSJPN |
| 86 | amazon.com/sp?seller=A1JBBCFT7I3TT7 | guang-tuo |
| 87 | amazon.com/sp?seller=A1JEIJF14TD6BW | FADACAI |
| 88 | amazon.com/sp?seller=A1KIC3CPV4EIM | CangGhiJiuBa |
| 89 | amazon.com/sp?seller=A1M3ZSDWOR9UB6 | JingJingXin |
| 90 | amazon.com/sp?seller=A1ME0JS2J7ZCYL | AIYUAN-US |
| 91 | DISMISSED | DISMISSED |
| 92 | amazon.com/sp?seller=A1QH32CR0OUBZI | supplydaily |
| 93 | amazon.com/sp?seller=A1RHP0FB00MJBT | Wei-Alligator |
| 94 | amazon.com/sp?seller=A1RKYSXMDKPB2M | Gooligoli-US |
| 95 | amazon.com/sp?seller=A1SKC292BEINSP | Setlla Yvonne |
| 96 | amazon.com/sp?seller=A1TC5LJX8L1Y0C | A1TC5LJX8L1Y0C |
| 97 | amazon.com/sp?seller=A1TLAF7OJZW1TP | ChetHaMade |
| 98 | amazon.com/sp?seller=A1V3VOC7IEPS8O | James-Bryant |
| 99 | amazon.com/sp?seller=A1V4B8EACJVY07 | YuHang He |
| 100 | amazon.com/sp?seller=A1XGZBT6GBCNKW | A1XGZBT6GBCNKW |
| 101 | DISMISSED | DISMISSED |
| 102 | amazon.com/sp?seller=A21OV199HFZQRR | yanjiabaoi |
| 103 | amazon.com/sp?seller=A24S7AOACGCNMV | SPLENDIDLIFE |
| 104 | DISMISSED | DISMISSED |
| 105 | amazon.com/sp?seller=A256A5VNXUPX84 | MEIJIA MEILIN |
| 106 | amazon.com/sp?seller=A25P27ACYMFJAS | dhfgk632 |
| 107 | amazon.com/sp?seller=A26DRBH03SAA6Y | Linduo Company |
| 108 | amazon.com/sp?seller=A27R0RUWOJNC4K | sunxixi2 |
| 109 | amazon.com/sp?seller=A2AOOQQ2B2OPIK | Addnk |
| 110 | amazon.com/sp?seller=A2ER1R6WR25EZL | Laideel |
| 111 | amazon.com/sp?seller=A2FZ6QBFYAQIXT | A2FZ6QBFYAQIXT |
| 112 | amazon.com/sp?seller=A2GE635I2TN15A | Zhaohui Trading Co., Ltd. |
| 113 | amazon.com/sp?seller=A2GFTCCU0TBJF3 | Arthur's Cottage |
| 114 | amazon.com/sp?seller=A2H5V108Q2H2GD | HYsmsyr---US |
| 115 | DISMISSED | DISMISSED |
| 116 | amazon.com/sp?seller=A2HUOMUL1GHD5K | Aaron lee |
| 117 | amazon.com/sp?seller=A2IW0FVKVWIBRX | luoheshiseqiangshangmaoyouxiangongsi |
| 118 | amazon.com/sp?seller=A2K7YCNTLWQ8TN | A2K7YCNTLWQ8TN |
| 119 | amazon.com/sp?seller=A2MYQPA0OVHLRL | chibishichenkaishangmaoyouxiangongsi |
| 120 | amazon.com/sp?seller=A2N8X20HRAJWCU | A2N8X20HRAJWCU |
| 121 | amazon.com/sp?seller=A2NK17O3DCJT5I | Feburary Moon |
| 122 | amazon.com/sp?seller=A2P94SDV8KU1QM | Phanshoo |
| 123 | amazon.com/sp?seller=A2SXGO4ZKWAAXL | guoxiaoying452 |
| 124 | amazon.com/sp?seller=A2U7MQUC3Z0B52 | Asda Global |
| 125 | amazon.com/sp?seller=A2X2DXK6OVJ1V6 | Amezon Globally |

| 126 | amazon.com/sp?seller=A2YH144FH1TTID | Hongyun Li |
| 127 | amazon.com/sp?seller=A2YSK8ZQ40DDV3 | kunmingtangpengdianzishangwuyouxiangongsi |
| 128 | amazon.com/sp?seller=A2Z616YO9W6ZCQ | MRMD |
| 129 | amazon.com/sp?seller=A30YEB85PW8G1N | Good Toy Seller |
| 130 | amazon.com/sp?seller=A36U9U53XKCUW7 | lvelve store |
| 131 | amazon.com/sp?seller=A37X0T3YYJEGKS | xuenaimaoyi |
| 132 | amazon.com/sp?seller=A3CJHS9KQ6WF6A | Yongqiang He |
| 133 | amazon.com/sp?seller=A3CK3DIW9PXNF5 | xiangdongqukewenshangmaodian |
| 134 | amazon.com/sp?seller=A3E8URTZZTD4EG | guo yukun |
| 135 | amazon.com/sp?seller=A3EI9JJ76YB8D1 | Luo He Ying Ling Shang Mao You Xian Gong Si |
| 136 | amazon.com/sp?seller=A3HJWS68QTWJCO | beijingjiyinkejiyouxiangongsi11 |
| 137 | amazon.com/sp?seller=A3I6XWXBTRE4Z0 | zhuyanxiaamz |
| 138 | amazon.com/sp?seller=A3J4OO6VE0SOXO | SanTu |
| 139 | amazon.com/sp?seller=A3JQK5YNP9NN1C | Hannah's SHop |
| 140 | amazon.com/sp?seller=A3KSDXASFTBPTU | dfgdg6 |
| 141 | amazon.com/sp?seller=A3KTUQALXAEF6Y | zanxiangkun123 |
| 142 | amazon.com/sp?seller=A3L4SLQA93CNE8 | Yuankaili US |
| 143 | amazon.com/sp?seller=A3QNDOSVF5BT20 | JGNB-DE |
| 144 | DISMISSED | DISMISSED |
| 145 | amazon.com/sp?seller=A3UO6JIPE8RMN2 | Jia jing store |
| 146 | amazon.com/sp?seller=A3VTBWRJWX8X6Z | Wanfei Liang |
| 147 | amazon.com/sp?seller=A4G2ZPZIYUSPJ | LMMO Store |
| 148 | amazon.com/sp?seller=A6KFVLTOHGOEQ | badongxianyuanhuibianmindian1 |
| 149 | DISMISSED | DISMISSED |
| 150 | amazon.com/sp?seller=A799FCEYZ75C7 | Allen Brooke |
| 151 | amazon.com/sp?seller=A7EFQNHIWGKCH | pushoushangmao |
| 152 | amazon.com/sp?seller=A7YWVLCUUN6PC | Hot Mom's |
| 153 | amazon.com/sp?seller=A8UEWXLZ1VAIT | Jikasifa-US |
| 154 | amazon.com/sp?seller=AA44KTSU8KCGD | JiuPiLan |
| 155 | amazon.com/sp?seller=ADTOWJT7CE79L | shailan88632 |
| 156 | DISMISSED | DISMISSED |
| 157 | amazon.com/sp?seller=AGI11PX90W1VV | HARD BOYS |
| 158 | amazon.com/sp?seller=AHS7DVZNTWGKE | BZCLD---uS |
| 159 | amazon.com/sp?seller=AJC0CIL3FN3DF | weikeduoliyouxiangongsi |
| 160 | amazon.com/sp?seller=AJO4IHTGCOD86 | XIAOJINGSHOP-US |
| 161 | amazon.com/sp?seller=ALJMTYVY116G0 | ALJMTYVY116G0 |
| 162 | amazon.com/sp?seller=ARCZMIRLAZPGU | Jiaotian |
| 163 | DISMISSED | DISMISSED |
| 164 | amazon.com/sp?seller=AUSATRCCDP7QZ | New Style Life Standard |
| 165 | amazon.com/sp?seller=AV8TY0BX93XCJ | lialy Nest |

| 166 | amazon.com/sp?seller=AVWZD11W7YPVB | zhentaimaoyi1 |
|---|---|---|
| 167 | amazon.com/sp?seller=AW1PO2OZWUWHO | HE JIU ZHUANGSHI |
| 168 | amazon.com/sp?seller=AX3YCOLL9RULB | JINGYUEGAOXINJISHUCHANYEKAIFAQUERLANMA OYIZHONGXIN |
| 169 | amazon.com/sp?seller=AZ6DKW9MFFHPT | XUNDIEWANGLUOKEJIYOUXIANGONGSI |
| 170 | DISMISSED | DISMISSED |
| 171 | DISMISSED | DISMISSED |
| 172 | DISMISSED | DISMISSED |
| 173 | ebay.com/usr/fastgofun | fastgofun |
| 174 | DISMISSED | DISMISSED |
| 175 | walmart.com/seller/101113314 | SXQLFZP |
| 176 | wish.com/merchant/5e96cc103985225636e 1758f | f5r5rr |